Opinion issued March 1, 2007








 






In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00014-CV






IN RE KRYSTAL VINCENT, Relator






Original Proceeding on Petition for Writ of Mandamus







MEMORANDUM OPINION


 By petition for writ of mandamus, relator, Krystal Vincent, challenges the
October 11, 2006 order of Family Court Associate Judge Robert E. Newey of the
308th District Court of Harris County, Texas (1) denying her motion to dismiss and
petition for writ of habeas corpus.

 We deny the petition for writ of mandamus.

PER CURIAM



Panel consists of Chief Justice Radack, Justice Jennings, and Justice Bland.

 

 
1. 
 -